IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,                    )
                                        )
                    Petitioner,         )        No. C 06-3105 TEH (PR)
                                        )
        vs.                             )        ORDER OF TRANSFER
                                        )
M. VEAL, Acting Warden,                 )        (Docket Nos. 3, 7)
                                        )
                    Respondent.         )
_____       )

        On May 10, 2006, Petitioner, a state prisoner incarcerated at the California

Medical Facility in Vacaville, California, filed a pro se petitions for a writ of habeas

corpus under 28 U.S.C. § 2254 challenging the California Board of Prison Terms'

("BPT") decision to deny him parole.  Petitioner has paid the filing fee.

Contemporaneous with the filing of the petition, Petitioner filed a motion seeking leave

to file a protective petition and to stay the federal proceeding, while Petitioner exhausted

additional remedies in state court (docket no. 3).  Petitioner has also filed a motion

seeking to hold the proceeding in abeyance for an additional 30 days, to provide

Petitioner with time to file an amended petition (docket no. 7).  These motions are now

DENIED as moot (docket nos. 3, 7), because Petitioner has since informed the Court

that state remedies have been exhausted as to all of Petitioner's claims and filed an

amended petition (docket no. 9), which is now the operative pleading in this case.

        California Medical Facility is located within Solano County, which lies in the

Eastern District of California.  See id. § 84(b).  Venue is proper in a habeas action in

either the district of conviction or the district of confinement, id. § 2241(d).  However,

the district of confinement is the preferable forum to review the execution of a sentence, including parole.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).  Because the County of Solano lies in the Eastern District of California, the Court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

SO ORDERED.

DATED:   10/16/06

THELTON E. HENDERSON
United States District Judge

2